1-of 8

17-24187-cv-MGC

Civel Right's Act. 42 USC. E 1983

United States District Court
Southern District of florida

FILED by PG D.C.
NOV 16 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Case No.

Steven Kelly
-v-
DR. ABerham ?
Second DR. ?
Judge "Court ordered medication"
Judge Beeker
Victor Palacios
Att. from "Court ordered medication" Daide Co.
DR. PerscriBBing medication
forensic admission Coordinator Dept.
of Children + familes.
South florida Evaluation + TReatment Center
United states Suprem Court Justic (Tallahassee)

cat/div 550/1983/MIA
Case #
Judge _____ Mag WHITE
Mtn Ifp YES Fee pd $ 0
Receipt #

a complant under the civel Rights Act. 42
USC. E 1983

(A.)  Steven Kelly
      18680 SW. 376th St.
      florida City, fla.
      33034

(B.)  DR. ABerham
      DR. at South florida Evaluation +
      TReatment Center.
      18680 SW. 376th St.
      florida City, fla.
      33034

SCANNED

Civel Right's Act. 42 USC £ 1983

United States District Court
Southern District of florida

Case no.

Steven Kelly
 -v-
DR. ABerham ?
Second DR.  ?
Judge "Court ordered medication"
Judge Beeker
Victor Palacios
Att. from "Court ordered medication" Daide Co.
DR. Perscribbing medication
forensic admission Coordinator Dept.
of Children + families.
South florida Evaluation + Treatment Center
United States Suprem Court Justic (Tdlahassee)

a complant under the Civel Right's Act. 42
USC. £ 1983

(A.) Steven Kelly
    18680 SW. 376th St.
    florida City, flA.
    33034

(B.) DR. ABerham
    DR. at South florida Evaluation +
    Treatment Center.
    18680 SW. 376th St.
    florida City, flA.
    33034

SCANNED

(C) Second DR.
DR. at South Florida Evaluation + Treatment center
18680 SW. 376th St.
Florida City, Fla.
33034

(D) Judge
That done the hearing for court ordered medication. Dade CO.

(E) Judge Becker
Judge
Marathon Court House
3117 Overseas Hwy
Marathon, Fla.
33050
Phone 305-289-6027

(F) Victor Palacios
Att.
4695 Overseas Highway, Suit 102
Marathon Fla.
33050

(G) Att. from "Court ordered medication"
Dade CO. Public defender's office.
Don't know address.

(H) DR. Perscribing medication
DR. at South Florida Evaluation + Treatment Center.
18680 SW. 376th St.
Florida City, Fla.
33034.

(I) Forensic Admission Coordinator
Deptartment of Children + Families
main office
1317 Winewood Blvd. Bld. 6 Room223
Tallahassee, FlA.
32399-0700

(J) South florida Evaluation + TReatment
Center
19680 SW, 376th St.
florida City, FlA.
33034

(K) United States Suprem Court Jestic
500 Duval St.
Tallehassee, FlA.
32399

II. I was taken to court in Daide Co. for Court ordered DRug's, Because I am Dulitionel aBout a motion I filed in court + aBout a 1983 Suit I filed on this Hospital. DR. ABerham + the other DR. Testified to thet the motion to change place of thial Does not exist, also that their is no Lawsuit filed on this Hospital. motion to change place of TRial was filed on 3-20-17 or close, Jidge Beeker's Court. This is a forced motion when it was not hurd in Timely manor "30 Days" it was Granted in it's entirity. The suit on this is filed on Date.
Date filed 8-15-2017
Case name = Kelly-v- monRoe County Tidical
Case no.;- 4:17-cv-10072-JLK

Date filed; Oct. 27, 2017
Case name; Kelly-v- forensic Admission Coordinator Department of Children + families
case no; 1:17-cv-23927-16mm

I filed a Habios Corpus with the United States Supreme Court on 09-26-17, Bring forth the Body under duress. The Justic Refused to hear it + sent it to a lower court that can't hear it.

Cryteroa of Commitment can not Be meet why was I put heer in the first place.

III Relief;
"Motion change place of TRE" needs to Be hurd.
"Stop court ordered DRug's."

This is the 5th time, Specifd florida + DRug's.
$58,689,660,774,697,600.00

Sited Case, working no.
$293,493,303,873,488,000,000,000,000,000.00

(formal charges filed)

IV Jury Demand
Do You demand a Jury ☐ yes ☒ NO

Signed this on 11-11-17

Steven Kelly
/s/

I declaire under penalty of Purgury That the forgoing is true & correct.

Executed on 11-11-2017

Steven Kelly
/s/

5 of 8
(3-20-17)
2 of 2

(Motion to change Place of Trial)

My name is Steven Kelly, SS. 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. I am writing this Because I would like a Att. from a none connecting Co. Monroe, Dade, Polk's and whatever Cum Boca Raton is in.

I would also like to change the place of Trial to a none connecting Co. To any of these Co.'s. The grounds for this are.

1. How can the States Att. Be addressed at 4695 overseas Highway, Suit 101 Jon M. Byrne & the Public Defender's Be addressed at 4695 overseas highway, Suit 102 Marathon Fla. 33050. This is Highly eleegal!

2. Defence motion for Appointment of Competency Expert. Line 3. My Lawyer is alowing the state to file stolen evidence from the Jail "By Monroe Co. Sharriff's". This is evidence to the Stolen Identity "Bank Account's, Credit Card's, Phone, Drivers License". Why are they sharing evidence, expechialy stolen evidence. This is also evidence in my United States Suprem Court case. 3 peaces of Paper I gave the United States Secreate Service. They asked.

3. Why did my Lawyer & the Judge Becker alow Dr. Em Je T. Misttara to have enything to do with this case Knowing the pending Crimminel charges & lawsuit Shariff's Ass. over 2.3 Trillion Doller's in United States Suprem Court. This is were this Dr. works's with or at the Jail, Monroe Co. Sharriff's Dept. Kidnapped By Sharriff's Ass. & Homeland Security.

4. Judge Becker & Victor Palacios knew on or about Nov. 28, 2016 about 3 peices of Paper "Line 3 Competency, expert about Stolen Identity, why would this Be alowed into court as evidence. This is Stolen evidence.

6 of 8 2 of 2

Hornell, N.Y. is this what is going on here - In the united States Suprem court this is called Kidnapping or Blocking access to court's

5. How can Judge Becker say she did not know The states Att.+ Public Defenders office are in the same Building office "suit" 101 + 102 How can she say she did not know they were sharing evidence.

6. I can't get legal copey's

7. Incompetent to stand tRial why asked Hosp. NO answer.

8. Stolen evidance, Stolen Identity, fake charges this can't Be moved to polk.co.

9. Had to stop HaBias Corpus "US Suprem Court" + Due Rocess. This show's DaDe CO. Invalument in this Att. Judge who is Responsible for me in DaiDe Co. Judge Beekers Juristiction is MonRoe co.

10. This say's it All.

Answer Key to "Motion to Change Place of Trial"

1. Information Packett Jon M. Byrne Signature fl. Bar 15053, Defence motion for Appointment of competency expert, Rosemary Enright Public Defender "Signiture".

2. After motion was submited 3 peaces of paper come up I was not talken about. This is stolen Identity lakeland flA. Newport News VA. Steuben County N.Y. Papers from DMV + Information from the Inspekr Genrals office Tallahassee. Not what I Received stolen at the sane Time.

3. Order AdJudging Defendent incompekent to stand Trial commitment + Department of Childrens + families case NO. 2016-cf-230-Am. cRimminal Record order of Protection SHerriff Ass. Richman VA, Extrodided to N.Y. "Kiddnapping".

4. Why was Stolen evidence Allowed.

5. Jan. 17, 2017 file date Notery's + Judges 27 or 28 Nov. 2016. I asked to be present at all hearing's petaning to this case. 1-17-2017 was not a court date for me. If I'm not Present what is it. again amened witness list. (Letter 2-20-17)

6. Why is it this Hospital + Judge are over looking all the Inconsistincy's arrest Report FHP89ARR037706 + FHPE160ff02268 names Steven Kelly, Steven James, Case No. 2016CF-00230-AMM. No. 2016-230-AM. notified in writing 2-20-17

7. What did this Hosp. use to Base it's Reson for me Being Incompitent to Stand Trial. I've Been told 4 thing's first, I was a pedifile, they found out I'm not. Second, I was told convited felon, I'm not. 3rd Seriesness of crim. "Vilence" They could not. 4th Grand Dilution over stolen Identity By law enforcement. I have names + address + computer locetion. What is the Reson for this mental Hospital.

8. Polk Co. + Boca Raton are part of my United States Suprem Court Case. Polk Co. is about 400 miles from Boca Raton please See criminal Record. This also invalves lakelnd about 15 years ago. There is a history here.

9. Being held past 72 hours, then Being held past 30 Day's + know one can tell me why. I feel this is Kidnapping + Blocking access to court's. What about Due Process.

10. Chytearor for committment or the law I was told once "must be a danger to yourself or others". When have I tryed to hurt myself or when have I tryed to hurt other's. I have asked twice in writting 2-14-17 + 2-20-17 Verbaly mataBle times.

    I do not know what Co. to ask to have this moved to, Because I do not know FlA. that well.

added Information. In Stueben Co. NY. I could not get the sheriff's to release even after charges were all dismisted. "Please See criminal Record". 2nd Bugulary + 2nd Degree assalt. I was held one way for 148 days or 63 Day's after all charges were dism. ed "Blatenly for 14 Day's. This was Because of the theft of my Property 5700 Tuttle RD.





Steven Kelly
18680 SW. 376th St.
Florida City, FLA.
33034

USMS INSPECTED
By _____

United States District Court
Southern District of Florida
Office of the Clerk - Room 8/1
Miami, FLA.
33128-7716

